NUMBER 13-04-009-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________
 
ROBERT ZUNIGA,                                                             Appellant,

v.

RISK MANAGER, ET AL.,                                                  Appellees.
_________________________________________________________

On appeal from the 206th District Court 
of Hidalgo County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam

         Appellant, ROBERT ZUNIGA, attempted to perfect an appeal from the 206th
District Court of Hidalgo County, Texas, in cause no. C-490-03-D. The appellant’s
notice of appeal was received on January 5, 2004. 
         Upon review of the notice of appeal and documents received from the district
clerk, it appeared that no appealable order had been entered in this cause. Pursuant
to Tex. R. App. P. 42.3, notice of this defect was given so that steps could be taken
to correct the defect, if it could be done. Appellant was advised that, if the defect
was not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of jurisdiction. By response dated January 21, 2004,
appellant advised this Court that no appealable order or judgment had been entered in
this cause.
         The Court, having considered the documents on file and appellant’s response
to this Court’s notice, is of the opinion that the appeal should be dismissed for want
of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
 
                                                                        PER CURIAM

Opinion delivered and filed this
the 17th day of June, 2004.